KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
VINEET GAURI (ILSBN 6242953)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA, 94612
   Telephone: (510) 637-3703/3924
   Facsimile: (510) 637-3724
   Email: merry.chan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00115 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| JZON EDWARD BUCKNER, | ) | |
| Defendant. | ) | |

TO:    The Honorable Elizabeth D. Laporte, Magistrate Judge,
          United States District Court, Northern District of California.

    Assistant United States Attorneys MERRY JEAN CHAN and VINEET GAURI respectfully petition this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner JZON EDWARD BUCKNER, whose place of custody and jailor are set forth in the Writ following. Your petitioners aver that the prisoner is required as the defendant in the

//

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00115 DLJ

1  //

2  //

3  above-entitled matter on June 2, 2006, at 9:00 a.m. before Honorable D. Lowell Jensen

4  (Courtroom No. 1), in the United States District Court for the Northern District of California,

5  Oakland Division, and therefore petitioners pray that this Court issue the Writ as presented.

7  DATED: May 15, 2006                         /s/
                                     MERRY JEAN CHAN
8                                    VINEET GAURI
                                     Assistant United States Attorneys

10 SO ORDERED:

12 DATED:  May 16, 2006
                                     _____
13                                   Honorable
                                     United States

                                     IT IS SO ORDERED
                                     Elizabeth D. Laporte
                                     Judge Elizabeth D. Laporte

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00115 DLJ

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: **FEDERICO ROCHA**, United States Marshal, Northern District of California and/or any of his authorized deputies, and the Jailor, Warden, Sheriff, Parole/Revocation Officers/Agents, Santa Rita Jail

**GREETINGS**

**WE COMMAND** that on June 2, 2006, you have and produce the body of **JZON EDWARD BUCKNER**, who is in your custody in the hereinabove-mentioned institution, before the United States District Court for the Northern District of California, at 9:00 a.m., in the courtroom of Honorable D. LOWELL JENSEN, Courtroom No. 1, at 1301 Clay Street, Oakland, California in order that **JZON EDWARD BUCKNER** may then and there appear before the District Court on the two-count Indictment that has been filed against him in the above-captioned case, and that immediately after said hearings to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Elizabeth D. Laporte, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May 16, 2006

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _/s/ Lili M Harrell_____
DEPUTY CLERK

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 06-00115 DLJ