```
BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BUCKNER
```

FILED
OCT 0 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0115 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| vs. | ) | Current Date: November 3, 2006 |
| JZON BUCKNER, | ) | Requested Date: November 17, 2006 |
| Defendant. | ) | |

Jzon Buckner is scheduled to be sentenced by the Court on Friday, November 3 at 10:00 a.m. The draft PSR has been delayed by a few days, which means that the draft PSR will be received by defense counsel right before she takes a pre-planned vacation. Counsel will therefore not be able to review the draft PSR with Mr. Buckner within the 10-day review period. So that defense counsel can review the draft PSR with Mr. Buckner, the parties jointly stipulate and request that sentencing be moved to the next available date, which is Friday, November 17, at 10:00 a.m. All parties are available on the 17th.

SO STIPULATED.                                    /S/

Date: 10/3/06

                                                Rebecca Silbert
                                                Counsel for Mr. Buckner

1  Date: 10/3/06

2                                                                  /S/

3                                                                  _____
                                                                    Vineet Gauri
                                                                    Assistant United States Attorney

4  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.

5

6      In light of the stipulation of the parties, and so that defense counsel can review the draft

7  PSR with Mr. Buckner, the Court HEREBY ORDERS that the date for sentencing in the above

8  matter be continued to Friday, November 17, 2006 at 10:00 a.m.

9

10 Dated:  10-4-06                                                 _____

11                                                                  Honorable D. Lowell Jensen
                                                                    United States District Court
12                                                                  Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Cont. Sent to 11/17                         2