UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JZON EDWARD BUCKNER,<br><br>Defendant. | Case No. 06-cr-00115-YGR-1<br><br>**ORDER MODIFYING SUPERVISED RELEASE** |

On November 5, 2014, the Court held a Supervised Release disposition hearing in this action. Christina McCall appeared for the government and the defendant appeared and was represented by Joyce Leavitt.

Based upon the filings in this matter, oral argument, and good cause appearing, the Court **MODIFIES** the terms of Supervised Release as follows:

Defendant shall participate in the location monitoring program as directed by the probation officer for up to 120 days, and be monitored by radio frequency monitoring. While subject to the monitoring, the defendant will be allowed to leave his residence for employment, education, religious services, medical appointments substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. The defendant shall pay all or part of the cost of participation in the location monitoring program, based on his ability to pay as directed by the probation officer.

The government's oral motion to dismiss Charges 3 and 4 of the Petition is **GRANTED**.

**IT IS SO ORDERED**.

Dated: November 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**