# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Jzon Edward Buckner<br>John Buckner, Juan Buckner, Jzie Buckner, Steven Buckner, Jzon Brokner, Victor Hampton, John E Buckner, Jzie Edward Buckner, Jzon Edward Brokner, Jzon E Buckner, John Edward Buckner, Jzon Buckner, Juan I Buckner, Steven Buckner, John Edward Buchner | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>USDC Case Number: CR-06-00115-001 YGR<br>BOP Case Number: DCAN406CR00115-001<br>USM Number: 97762-011<br>Defendant's Attorney: John Paul Reichmuth, AFPD |

**THE DEFENDANT:**

☑ admitted guilt to <u>Counts One through Two</u> of the petition filed with the Court on August 21, 2015.

☐ was found in violation of condition(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | You must not commit another federal, state or local crime | July 1, 2015 |
| Two | You must not commit another federal, state or local crime | August 19, 2015 |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>1045</u>

Defendant's Year of Birth: <u>1975</u>

City and State of Defendant's Residence:
<u>Castro Valley, California</u>

10/3/2019
Date of Imposition of Judgment

*/s/ Yvonne Gonzalez Rogers*
Signature of Judge

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Name & Title of Judge

October 4, 2019
Date Signed